IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JAMES ARMSTRONG, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | CIVIL ACTION NO. |
| : | 2:17-CV-271-RWS |
| STRICKLAND & SONS : | |
| PIPELINE, INC., : | |
| : | |
| Defendant. : | |

## ORDER

This matter is before the Court on the Joint Motion to Approve Settlement Agreement [Doc. No. 19] and Joint Motion for Leave to File the Motion to Approve Settlement Agreement Under Seal [Doc. No. 20]. As an initial matter, the Court will not allow the parties to file the Settlement Agreement under seal. Their Motion to Seal [Doc. No. 20] is DENIED, and the Clerk is DIRECTED to unseal the Motion and attached filings [Doc. No. 19].

Having reviewed the proposed Settlement Agreement, the parties' Joint Motion to Approve Settlement Agreement [Doc. No. 19] is GRANTED. The parties' proposed Settlement Agreement is approved, and Plaintiff's claims are DISMISSED with prejudice, with each party to bear its own attorneys' fees and

costs except as otherwise stipulated between the parties pursuant to the Agreement. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement. The Clerk is DIRECTED to close this action.

**SO ORDERED**, this 28th day of March, 2018.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)